NUMBER 13-04-465-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE MICHAEL GIBNEY AND MICRO-BLEND, INC. 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION
 
Before Justices Hinojosa, Rodriguez, and Garza
Per Curiam Memorandum Opinion

         Relators, Michael Gibney and Micro-Blend, Inc., filed a petition for writ of
mandamus in the above cause on September 7, 2004. The Court, having examined
and fully considered the petition for writ of mandamus, is of the opinion that relators
have not shown themselves entitled to the relief sought. Accordingly, the petition for
writ of mandamus is DENIED. See Tex. R. App. P. 52.8(a), (d). 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 8th day of September, 2004.